FILED

2009 NOV 19  AM 10: 14

CLERK U.. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN SMITH, | CASE NO. 09CV1933 BEN (JMA) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO REMAND TO STATE COURT** |
| vs. | |
| INTERNATIONAL RAM ASSOCIATES, | |
| Defendant. | |

Plaintiff Smith having agreed to limiter her total recovery, including costs and reasonable attorney's fees to Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), and the parties having jointly moved to remand the case to state court, the Court **GRANTS** the joint motion of the parties to remand.  The matter is **REMANDED** to San Diego County Superior Court, 325 S. Melrose Drive, Vista, CA 92081 - North County Division.

**IT IS SO ORDERED**.

DATED: 11/18/09

Hon. Roger T. Benitez
United States District Court Judge

- 1 -

09cv1933